UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASBERRY DANIELS,

       Plaintiff

v.

NICKOLAS LESLIE and
HERB BRIGHTON,

       Defendants.

_____/

Case No. 2:17-CV-10269
District Judge Paul D. Borman
Magistrate Judge Anthony P. Patti

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO DEPOSE THE PLAINTIFF (DE 25)

Pending is Defendants' December 5, 2018 motion for leave to depose the Plaintiff. (DE 25.) Permission of the Court to take the deposition is required under Fed. R. Civ. P. 30(a)(2)(B) because Plaintiff is incarcerated.

Upon consideration, **IT IS HEREBY ORDERED** that Defendants' motion for leave to depose the Plaintiff (DE 25) is **GRANTED**, and Defendants shall be permitted to take the deposition of the Plaintiff for all purposes allowed by the Federal Rules of Civil Procedure. The deposition may occur either in person, by telephone, or via video teleconference, at Defendants' option and consistent with the requirements and needs of Plaintiff's place of incarceration.

**IT IS SO ORDERED.**

Dated: December 6, 2018         s/*Anthony P. Patti*
                                Anthony P. Patti
                                UNITED STATES MAGISTRATE JUDGE

**Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on December 06, 2018 electronically and/or by U.S. Mail.

                                s/Michael Williams
                                Case Manager for the
                                Honorable Anthony P. Patti