UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASBERRY DANIELS,

    Plaintiff,

v.

NICKOLAS LESLIE and HERB BRIGHTON,

    Defendants.

_____/

Case No. 17-cv-10269

Paul D. Borman
United States District Judge

Anthony P. Patti
United States Magistrate Judge

## ORDER: (1) ADOPTING MAGISTRATE JUDGE PATTI'S DECEMBER 17, 2019 REPORT AND RECOMMENDATION (ECF NO. 41) AND (2) DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF NO. 37)

On December 17, 2019, Magistrate Judge Anthony P. Patti issued a Report and Recommendation recommending that the Court deny Defendants' Motion for Summary Judgment. (ECF No. 41.) Having reviewed the Report and Recommendation and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court adopts the Report and Recommendation (ECF No. 41) and denies Defendants' Motion for Summary Judgment. (ECF No. 37.)

IT IS SO ORDERED.

Dated: January 14, 2020

s/Paul D. Borman
Paul D. Borman
United States District Judge